1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JACK LEE CALDERON,                          No.  2:23-cv-0689 AC P

12                    Plaintiff,

13          v.                                     ORDER

14    J. MAYHEW, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and

18    has requested a copy of the amended complaint.  ECF No. 24.

19          On August 28, 2024, the Court denied plaintiff's request to amend the complaint as

20    unnecessary because plaintiff was still within the time for filing an amended complaint as of

21    right.  ECF No. 21 at 2, 3.  Plaintiff was given instructions on how to proceed with filing an

22    amended complaint and was given thirty days to do so.  Id.

23          On September 27, 2024, the court received plaintiff's request for a "copy of the Amended

24    Complaint that [he] lodged with this court" because his documents had been lost in a search.

25    ECF No. 24 at 1.  However, no amended complaint has been filed in this case.  Accordingly, the

26    court construes plaintiff's request for copy as a request for an extension of time based on not

27    having copies of the complaint and his requests to amend the complaint.  The court will direct the

28    clerk to send him copies of the original complaint, the requests to amend the complaints, and the

1    court's most recent order providing instructions on how to proceed with filing an amended

2    complaint.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4       1.  Plaintiff's request for an extension of time (ECF No. 24) is GRANTED.

5       2.  If plaintiff does not file an amended complaint within thirty days of the service of this

6    order, the court will assume that he is choosing to proceed on the original complaint, which will

7    then be screened in due course.

8       3.  The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint

9    form used in this district, a copy of the original complaint (ECF No. 1), a copy of his requests to

10    amend the complaint (ECF Nos. 6, 8), and a copy of the court's most recent order regarding

11    plaintiff's requests to amend the complaint (ECF No. 21).

12    DATED: October 9, 2024

13

14    ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28