UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEE CALDERON, | No. 2:23-cv-0689 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| J. MAYHEW, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding without an attorney on a civil rights action pursuant to 42 U.S.C. § 1983.  On December 2, 2024, the court screened the complaint and found that plaintiff's stated cognizable individual capacity claims for excessive force against defendants Gomez and Mayhew and for deliberate indifference against Arnnett.  ECF No. 26 at 2, 4.  However, plaintiff had not stated any official capacity claims against any defendant or individual capacity deliberate indifference claims against Afshin and Fincalero.  Id. at 3-4.  Plaintiff was given the option of amending the complaint or proceeding immediately on his cognizable claims against defendants Gomez, Mayhew, and Arnnett.  Id. at 3-5.  He was further advised that if he failed to notify the court how he wanted to proceed, the court would assume that he was choosing to proceed on the complaint as screened and would recommend dismissal without prejudice of the official capacity claims against all defendants and individual capacity claims against defendants Afshin and Fincalero.  Id. at 5.  The time for plaintiff to notify the court as to how he wishes to

1

1  proceed has now passed, and plaintiff has not made an election or otherwise responded to the
2  order.
3       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly
4  assign a United States District Judge to this action.
5       IT IS FURTHER RECOMMENDED that for the reasons set forth in the December 2,
6  2024, Screening Order (ECF No. 9 at 3), official capacity claims against all defendants and
7  individual capacity deliberate indifference claims against Afshin and Fincalero be dismissed
8  without prejudice.
9       These findings and recommendations are submitted to the United States District Judge
10 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
11 after being served with these findings and recommendations, plaintiff may file written objections
12 with the court.  Such a document should be captioned "Objections to Magistrate Judges Findings
13 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
14 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
15 (9th Cir. 1991).
16 DATED: January 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2