UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LEE CALDERON, | No. 2:23-cv-0689 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| J. MAYHEW, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff has filed a request for the court's assistance with service of all three defendants. See ECF No. 38. It appears plaintiff is referring to service of defendants Arnett, Gomez, and Mayhew. See ECF Nos. 28.

Plaintiff is advised that defendants Arnett, Gomez, and Mayhew have accepted electronic service of the summons, operative complaint, and copies of the form Consent to Proceed Before a United States Magistrate Judge and have waived service under Federal Rule of Civil Procedure 4(d)(1). See ECF No. 28, 32. This means service in this case has been completed and there are no further actions necessary for service. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for assistance with service (ECF No. 28) is DENIED as moot.

DATED: April 3, 2025

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1